22-3108

United States District Court
Case No: 22-3218-JWL-JPO

DCF Topeka Kansas Administrative Case
No: 21-

Mr. Craig Ivan Gilbert
Saline County Jail
P.O. Box 1606
Salina, KS 67402-1606

Vs.

Kansas Dept Children Families
(DCF)

FILED
SEP 27 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

Notice of Removal
28 USC 1441

Federal Questions:
Can A Closed Case Be Removed to
The USDC Topeka Kansas Per
18 USC 4   Act of Congress
April 30 1790 S,6. 1Story's Law 84

This Is A Removal Case. Denial of
SNAP Food Assistance Benefits,

Issue: Denied Basic Necessity of Life.
As Endowed By Others, Whom
Was Eligable - Violation 5th, 14th
Amendment Equallity Due Process
Clauses.

Mailed Application 2020 December or January
2021 To Concordia Cloud County DCF-KS.
Received Response: Appear Eligable for Emergency
7-Day Eligability Assistance.
Requested to Conduct Phase I Hearing.

Had No Phone. Phone Access was Brother whom worked Salina Daily - Residice. Republic County Country. No Means to Contact.

Recieved Letter, To Make Contact As 30-Days would Expire Need to Reply - Brother Stayed Home 28th Day or About - Called Topeka.

Wait Time went from 30, to 40 to 60 After 20 minute Hold the time would Increase. Called (Cloud) County DCF, Requested (Noted) Unable to Reach DCF Topeka. Called Salina DCF As Letters Come from Salina (No-Phone-Homeless) Benefits Denied. Arrested April 11, 2022 Written Appeal:
In Jail Never Recieved Notice of Hearing Before Administrative Law Judge.
Went to Republic County Address, I Is (?) Case Dismissed wanted A Broke Homeless Man No Phone Eligable for Emergency food Stamps - To Appear In Topeka What Is That Nearly 200 Miles - And It Was All By Design - States Kerbi's on Application: Same As Del Armustment of Social Security 3rd Party France 21-3156-SAG Institution Explotation
Scribed Sworn 03 Day September 2022
Certificate Service, DCF Topeka
DNI Service Box. Q-93-7077