Craig Gilbert
SCA #59
P.O. Box 1606
Salina, Kansas
67402-1606

UNCENSORED
CORRESPONDANCE
SALINE COUNTY JAIL

02 1P   $ 000.60
0001963355   SEP 26 2022
MAILED FROM ZIP CODE 67401

RECEIVED
SEP 2 7 2022
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

Legal
9-26-2022
Deposited SCSheriff

United States Dist Court
Office Clerk
401 North Market
Wichita Kansas
67202